# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*

SCOTT J. SPLITTGERBER**
HOWARD WEINER***

www.bhlawfirm.com
www.bachnerlaw.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN CALIFORNIA AND NJ

December 12, 2018

*Via ECF and Email*
AUSA Burton Ryan, Esq.
AUSA Charles Kelly, Esq.
United States Attorney's Office
Eastern District of New York
100 Federal Plaza, Suite 610
Central Islip, New York 11722

      **Re:** *United States v. Rana Rahimi, et. al. 18 Cr. 607 (JFB)*

Dear AUSAs Ryan and Kelly:

This office represents Rana Rahimi in the above-entitled matter. My office hereby joins in the discovery requests made by counsel for the other named defendants as they pertain to Ms. Rahimi.

Very truly yours,

Michael Bachner

MFB/jl