# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*

HOWARD WEINER**

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN CALIFORNIA AND NJ

www.bhlawfirm.com
www.bachnerlaw.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

October 22, 2019

Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
1044 Federal Plaza
Central Islip, New York 11722

Re: **United States v. Rana Rahimi, 18-cr-607 (JMA)**

Dear Judge Azrack:

I write to respectfully request permission for Ms. Rahimi to travel to Saudi Arabia for approximately 15 days for the 'Umrah, an Islamic pilgrimage to Mecca which she has done for the past five years. As your Honor is aware, Ms. Rahimi's $3.5 million bond is secured by properties owned by family members in New York and Virginia. Her three children (who are 16, 18, and 20 years old and are United States citizens) would remain in New York with their father, who is also a United States citizen.

Although the government and Pretrial Services object to this request, Ms. Rahimi has been in full compliance with her conditions of release for nearly a year, and she is permitted to travel domestically without having to obtain prior authorization from your Honor. If permission is granted, a detailed itinerary will be provided to Pretrial Services.

Thank you for your kind consideration.

Respectfully submitted,
*/s/ Michael F. Bachner*
Michael F. Bachner

SO ORDERED:

_____
HON. JOAN M. AZRACK
U.S.D.J.